# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, | ) |
| Plaintiff, | ) |
| v. | ) Civil Action No. 19-0882 (RDM) |
| UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, | ) |
| Defendant. | ) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 20, 2019, the parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").

1. Plaintiff's FOIA request seeks specific categories of records from HHS concerning HHS's rulemaking on *Protecting Statutory Conscience Rights in Health Care; Delegations of Authority*, 83 Fed. Reg. 3,880 (Jan. 26, 2018), from HHS's Office of Civil Rights, Office of the General Counsel, and Office of the Secretary. *See* Complaint (ECF No. 1) ¶ 6; Ex. A (ECF No. 1-1) at 1-2.

2. HHS has completed its search of potentially responsive records with respect to the HHS Office of the General Counsel. As a result of its search, HHS has located approximately 511 potentially responsive pages of records. HHS is currently processing those records for release of all responsive non-exempt records to Plaintiff and expects to complete its processing by August 31, 2019.

3. HHS is still completing searches for potentially responsive records with respect to HHS's Office for Civil Rights ("OCR").  HHS has completed its initial searches for OCR records potentially responsive to paragraphs 1 and 3 of Plaintiff's FOIA request.  *See* ECF No. 1-1 at 1.  HHS anticipates that it will complete its initial search for OCR records potentially responsive to paragraph 2 of the request by August 2, 2019.  In addition, HHS is conducting additional automated keyword searches for potentially responsive OCR records.

4. The parties respectfully propose that they file another Joint Status Report on or before September 16, 2019, and every sixty days thereafter.

Respectfully submitted,

*/s/ Adam Grogg*
Adam Grogg (D.C. Bar No. 1552438)
Javier M. Guzman (D.C. Bar No. 462679)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
agrogg@democracyforward.org
jguzman@democracyforward.org

*Counsel for Plaintiff*

JESSIE K. LIU, D.C. Bar. No. 472845
United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

By:    /s/   Christopher Hair

CHRISTOPHER HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*