# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, ) ) Plaintiff, ) ) v. ) ) UNITED STATES DEPARTMENT OF ) HEALTH AND HUMAN SERVICES, ) ) Defendant. ) | Civil Action No. 19-0882 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated August 18, 2020, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").

1. Plaintiff's FOIA request seeks specific categories of records from HHS concerning HHS's rulemaking on *Protecting Statutory Conscience Rights in Health Care; Delegations of Authority*, 83 Fed. Reg. 3,880 (Jan. 26, 2018), from HHS's Office for Civil Rights, Office of the General Counsel, and Office of the Secretary. *See* Complaint (ECF No. 1) ¶ 6; Ex. A (ECF No. 1-1) at 1-2.

2. HHS has completed its search of potentially responsive records with respect to the HHS Office of the General Counsel. On September 3, 2019, HHS produced to Plaintiff all responsive, non-exempt records located by this search.

3. HHS has also completed its search for potentially responsive records with respect to HHS's Office for Civil Rights ("OCR"), including automated keyword searches. In

accordance with the parties' agreement and the Court's October 17, 2019 Minute Order, the agency has advised that it has timely processed 1,125 pages of potentially responsive OCR records and released non-exempt, responsive records for its seventh interim production on September 22, 2020. The agency further advised that it anticipates making its next interim production on or before November 23, 2020.

4. The parties respectfully request that the Court allow them to file another status report on or before December 17, 2020.

Respectfully submitted,

/s/
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
kmiller@democracyforward.org

*Counsel for Plaintiff*

MICHAEL R. SHERWIN
Acting United States Attorney

DANIEL F. VAN HORN, D.C. Bar No. 924092
Chief, Civil Division

/s/
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*