UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Civil Action No. 19-0882 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated April 17, 2021, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").

1. Plaintiff's FOIA request seeks specific categories of records from HHS concerning HHS's rulemaking on *Protecting Statutory Conscience Rights in Health Care; Delegations of Authority*, 83 Fed. Reg. 3,880 (Jan. 26, 2018), from HHS's Office for Civil Rights, Office of the General Counsel, and Office of the Secretary. *See* Complaint (ECF No. 1) ¶ 6; Ex. A (ECF No. 1-1) at 1-2.

2. HHS has completed its search of potentially responsive records with respect to the HHS Office of the General Counsel. On September 3, 2019, HHS produced to Plaintiff all responsive, non-exempt records located by this search.

3. HHS has also completed its search for potentially responsive records with respect to HHS's Office for Civil Rights ("OCR"), including automated keyword searches. In

accordance with the parties' agreement and the Court's October 17, 2019 Minute Order, the agency has advised that it has timely processed 1,146 pages of potentially responsive OCR records and released non-exempt, responsive records for its eleventh interim production on May 24, 2021. The agency further advised that it anticipates making its next interim production on or before July 22, 2021.

4. The parties respectfully request that the Court allow them to file another status report on or before August 16, 2021.

Respectfully submitted,

/s/
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
kmiller@democracyforward.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*

# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, ) | |
| Plaintiff, ) | |
| v. ) | Civil Action No. 19-0882 (RDM) |
| UNITED STATES DEPARTMENT OF ) HEALTH AND HUMAN SERVICES, ) | |
| Defendant. ) | |

## [PROPOSED] ORDER

Upon consideration of the parties' joint status report, it is hereby ORDERED that the parties shall file a further joint status report on or before August 16, 2021.

_____          _____
Date                                                      Randolph D. Moss
                                                                United States District Judge