# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Civil Action No. 19-0882 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated June 17, 2021, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").[1]

1. Plaintiff's FOIA request seeks specific categories of records from HHS concerning HHS's rulemaking on *Protecting Statutory Conscience Rights in Health Care; Delegations of Authority*, 83 Fed. Reg. 3,880 (Jan. 26, 2018), from HHS's Office for Civil Rights, Office of the General Counsel, and Office of the Secretary. *See* Complaint (ECF No. 1) ¶ 6; Ex. A (ECF No. 1-1) at 1-2.

2. HHS has completed its search of potentially responsive records with respect to the HHS Office of the General Counsel. On September 3, 2019, HHS produced to Plaintiff all responsive, non-exempt records located by this search.

---

[1] Due to an inadvertent filing error by undersigned counsel for Defendant, this status report is submitted after the Court's initial deadline. Undersigned counsel sincerely apologies to Plaintiff and the Court for this error.

3. HHS has also completed its search for potentially responsive records with respect to HHS's Office for Civil Rights ("OCR"), including automated keyword searches. The agency has advised that the parties conferred and agreed to conduct an additional search on the potentially responsive documents, which successfully narrowed the remaining records in this action.

4. In accordance with the parties' agreement and the Court's October 17, 2019 Minute Order, the agency has advised that it has timely processed 936 pages of potentially responsive OCR records and released non-exempt, responsive records for its twelfth interim production on July 22, 2021. The agency further advised that it has now processed all remaining records, and the only outstanding records are pages requiring consultation with other Executive Branch agencies, which must be reviewed by those agencies and returned to the agency for production.

5. To allow time for the other agencies to return pages requiring consultation and for Plaintiff to complete its review of the releases, the parties respectfully request that the Court allow them to file another status report on or before October 16, 2021.

Respectfully submitted,

*/s/*
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
kmiller@democracyforward.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

/s/
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*