UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>UNITED STATES DEPARTMENT OF<br>HEALTH AND HUMAN SERVICES,<br><br>Defendant. | Civil Action No. 19-0882 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated August 19, 2021, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").

1. Plaintiff's FOIA request seeks specific categories of records from HHS concerning HHS's rulemaking on *Protecting Statutory Conscience Rights in Health Care; Delegations of Authority*, 83 Fed. Reg. 3,880 (Jan. 26, 2018), from HHS's Office for Civil Rights, Office of the General Counsel, and Office of the Secretary. *See* Complaint (ECF No. 1) ¶ 6; Ex. A (ECF No. 1-1) at 1-2.

2. HHS has completed its search of potentially responsive records with respect to the HHS Office of the General Counsel. On September 3, 2019, HHS produced to Plaintiff all responsive, non-exempt records located by this search.

3. HHS has also completed its search for potentially responsive records with respect to HHS's Office for Civil Rights ("OCR"), including automated keyword searches. The agency

has advised that the parties conferred and agreed to conduct an additional search on the potentially responsive documents, which successfully narrowed the remaining records in this action.

4. As previously reported by the Parties (*see* ECF No. 25), the agency has processed all remaining records, and the only outstanding records are pages requiring consultation with other Executive Branch agencies, which must be reviewed by those agencies and returned to the agency for production. The agency is awaiting the return of those remaining records from three other Executive Branch agencies.

5. To allow both HHS and Plaintiffs time to complete their review of the records once they are returned to HHS, the parties request that the Court allow them to file another status report on or before December 14, 2021.

Respectfully submitted,

*/s/*
Kristen P. Miller (D.C. Bar No. 229627)
Democracy Forward Foundation
1333 H St. NW
Washington, DC 20005
(202) 448-9090
kmiller@democracyforward.org

*Counsel for Plaintiff*

CHANNING D. PHILLIPS, D.C. Bar No. 415793
Acting United States Attorney

BRIAN P. HUDAK
Acting Chief, Civil Division

*/s/*
CHRISTOPHER C. HAIR, PA Bar No. 306656
Assistant United States Attorney
555 Fourth Street, N.W.
Washington, D.C. 20530
(202) 252-2541
christopher.hair@usdoj.gov

*Counsel for Defendant*