UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| DEMOCRACY FORWARD FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES, <br><br> Defendant. | Civil Action No. 19-0882 (RDM) |

## JOINT STATUS REPORT

Pursuant to the Court's Minute Order dated August 16, 2022, the Parties respectfully file this Joint Status Report to apprise the Court of their progress toward resolving this Freedom of Information Act ("FOIA") case, in which Plaintiff has requested records from the U.S. Department of Health and Human Services ("HHS").

As the previously reported HHS has completed its production of records responsive to Plaintiff's FOIA request. Plaintiff has now reviewed these materials and the parties expect to stipulate to dismissal. The parties respectfully request that they be permitted to file an additional joint status report on or before November 1, 2022 if they have not been able to stipulate to dismissal prior to that date.

\* \* \*

Date: October 14, 2022

        Respectfully submitted,

        /s/ Kristen P. Miller
        Kristen P. Miller (D.C. Bar No. 229627)
        Democracy Forward Foundation
        P.O. Box 34553
        Washington, DC 20043
        (202) 448-9090
        kmiller@democracyforward.org

*Counsel for Plaintiff*

MATTHEW M. GRAVES (D.C. Bar No. 481052)
United States Attorney

BRIAN P. HUDAK
Chief, Civil Division

/s/   Sian Jones
SIAN JONES (D.C. Bar No. 1024062)
Assistant United States Attorney
601 D St., N.W.
Washington, D.C. 20530
Phone: (202) 252-2578
Email: Sian.Jones@usdoj.gov

*Counsel for Defendant*